450 A.2d 1056

Estate of: Zelmore.

Appeal of Wilma Ruth Minor.

Submitted January 12, 1982. James N. Fitzsimmons, for appellant; Vincent J. Roskovensky, for participating party.

Before HESTER, BECK and VAN der VOORT, JJ.

Order affirmed.